JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN FULTON DINGLEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:22-cv-6988-JFW (ASx)<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

 Having read and considered the Parties' Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), and finding good cause thereof,

 IT IS HEREBY ORDERED that the Complaint is dismissed with prejudice. Each party to bear his/its own fees and costs.

Dated: January 31, 2023

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1